IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE TENNESSEE WALKING HORSE NATIONAL CELEBRATION ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | 2:24-CV-143-Z |

## ORDER

Before the Court is Defendants' Consent Motion to Extend Answer Deadline ("Motion") (ECF No. 11), filed August 30, 2024. Defendants' current answer deadline is September 6, 2024, and they request that the Court extend that deadline "to 30 days following the Court's resolution of the parties' anticipated cross-motions for summary judgment." ECF No. 11 at 1. All parties agree that Plaintiff's claims "are properly resolved on cross-motions for summary judgment on the basis of the administrative record . . . ." *Id.* Defendants' Motion is **GRANTED**.

Defendants are **ORDERED** to file an answer **within thirty (30) days** after this Court rules on any cross-motions for summary judgment that the parties submit to this Court.

The parties are **FURTHER ORDERED** to submit a proposed scheduling order for the resolution of this case to the Court by **Friday, September 20, 2024**.

**SO ORDERED.**

September 3, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE