UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE TENNESSEE WALKING HORSE NATIONAL CELEBRATION ASSOCIATION *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE *et al.*, <br><br>    Defendants. | Case No. 2:24-cv-143 <br><br> District Judge Matthew J. Kacsmaryk |

**[PROPOSED] ORDER**

    Upon consideration of Defendants' Motion to Transfer Venue, it is hereby ORDERED that the motion is

    **GRANTED,** and this case is transferred to the Dallas Division under 28 U.S.C. § 1404(a).

    It is SO ORDERED.

Dated: _____

    _____
    MATTHEW J. KACSMARYK
    United States District Judge