# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE TENNESSEE WALKING HORSE NATIONAL CELEBRATION ASSOCIATION; KIMBERLY LEWIS; and TOM GOULD,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; THOMAS VILSACK, in his official capacity as Secretary of Agriculture; ANIMAL AND PLANT HEALTH INSPECTION SERVICE; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>*Defendants*. | **Civil Action No.:** 2:24-cv-143<br><br>District Judge Matthew J. Kacsmaryk |

## JOINT REQUEST FOR ENTRY OF A SCHEDULING ORDER

The Parties jointly request entry of a schedule pursuant to Fed. R. Civ. P. 16(b). As previously explained, *see* ECF No. 11, the Parties have agreed that this case can be resolved through cross-dispositive motions on an administrative record. Given that the proposed rule being challenged takes effect on February 1, 2025, and the desire of all parties to provide this Court with the opportunity to resolve the case prior to the rule taking effect, the parties have conferred and propose the following schedule to the Court:

1

| Date | Action |
|---|---|
| September 27 | Defendants produce the administrative record to Plaintiffs and file a certified index of the administrative record |
| October 18 | Plaintiffs file their Motion for Summary Judgment |
| November 12 | Defendants file, as a single brief, their combined Opposition and Cross-Motion for Summary Judgment |
| December 6 | Plaintiffs file, as a single brief, their combined Opposition and Reply |
| December 20 | Defendants file their Reply |
| December 20 | Parties file a Joint Appendix containing the portions of the administrative record cited in the summary judgment briefing |
| Week of January 6 or 13 | Hearing on the summary judgment briefing, subject to the Court's preference and availability |
| 30 days after decision on cross-motions for summary judgment | Defendants' Answer to Amended Complaint due (if applicable). *See* Order, ECF No. 12. |

In addition, Plaintiffs will be filing an amended complaint by consent. All parties agree that the filing of the amended complaint will not impact the proposed schedule set forth above.

## CONCLUSION

The parties jointly request entry of their proposed schedule.

September 20, 2024

/s/ *Cristen Handley*

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

JOSEPH E. BORSON
Assistant Branch Director

ALLYSON R. SCHER
DC Bar No. 1616379)
CRISTEN C. HANDLEY
MO Bar No. 69114
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington D.C. 20005
(202) 514-9836
(202) 616-8460
allyson.r.scher@usdoj.gov

*Counsel for Defendants*

Respectfully submitted.

/s/ *Patrick F. Philbin*

PATRICK F. PHILBIN*
JOHN V. COGHLAN*
CHASE HARRINGTON*
Torridon Law PLLC
801 Seventeenth Street NW, Suite 1100
Washington DC 20006
(202) 249-6900
pphilbin@torridonlaw.com
jcoghlan@torridonlaw.com
charrington@torridonlaw.com

MARVIN W. JONES
Texas Bar No. 10929100
Sprouse Shrader Smith
701 S Taylor St., #500
Amarillo, TX 79101
(806) 468-3344
marty.jones@sprouselaw.com

*Admitted pro hac vice

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I certify that on September 20, 2024, the undersigned counsel used the CM/ECF system to file this motion with the Clerk of the Court for the United States District Court for the Northern District of Texas.  The attorneys in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ *Patrick F. Philbin*
Patrick F. Philbin
