IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE TENNESSEE WALKING HORSE NATIONAL CELEBRATION ASSOCIATION; KIMBERLY LEWIS; and TOM GOULD, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE; THOMAS VILSACK, in his official capacity as Secretary of Agriculture; ANIMAL AND PLANT HEALTH INSPECTION SERVICE; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Health Inspection Service, <br><br> *Defendants*. | **Civil Action No.:** 2:24-cv-143-Z <br><br> District Judge Matthew J. Kacsmaryk |

# [PROPOSED] ORDER

Upon consideration of the parties' joint Motion, the Court hereby GRANTS the Motion. The Court also hereby ORDERS the following schedule for further proceedings in this case:

| | |
|---|---|
| **Production of Administrative Record to Plaintiffs and Filing of Certified Index** | September 27 |
| **Plaintiffs' Motion for Summary Judgment** | October 18 |
| **Defendants' Opposition and Cross-Motion for Summary Judgment** | November 12 |
| **Plaintiffs' Opposition and Reply** | December 6 |
| **Defendants' Reply** | December 20 |
| **Joint Appendix** | December 20 |
| **Defendants' Answer to Amended Complaint (if applicable)** | 30 days after decision on cross-motions for summary judgment |

It is SO ORDERED.

Dated: _____         _____
                                                     MATTHEW J. KACSMARYK
                                                     United States District Judge