# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE TENNESSEE WALKING HORSE NATIONAL CELEBRATION ASSOCIATION; KIMBERLY LEWIS; and TOM GOULD,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; THOMAS VILSACK, in his official capacity as Secretary of Agriculture; ANIMAL AND PLANT HEALTH INSPECTION SERVICE; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>*Defendants*. | **Civil Action No.:** 2:24-cv-143<br><br>District Judge Matthew J. Kacsmaryk |

## JOINT FILING OF ADMINISTRATIVE RECORD APPENDIX

Pursuant to the Court's November 8, 2024 Order, ECF No. 37, the Parties hereby file an appendix containing copies of those portions of the Administrative Record that are cited or otherwise relied upon in any brief in support of or in opposition to any motion for summary judgment. The Parties have conferred as to what materials should be included in the appendix. Because public comments were not bates-stamped but instead were incorporated by reference through a hyperlink to Regulations.gov, *see* AR_00000098, the public comments cited in the briefing are located in Administrative Appendix attachment A.

December 20, 2024

/s/ *Cristen C. Handley*
BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

JOSEPH E. BORSON
Assistant Branch Director

ALLYSON R. SCHER (DC Bar No. 1616379)
CRISTEN C. HANDLEY (MO Bar No. 69114)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington D.C. 20005
(202) 514-9836
(202) 616-8460
allyson.r.scher@usdoj.gov

*Counsel for Defendants*

Respectfully submitted.

/s/ *Patrick F. Philbin*
PATRICK F. PHILBIN*
JOHN V. COGHLAN*
CHASE HARRINGTON*
Torridon Law PLLC
801 Seventeenth Street NW, Suite 1100
Washington DC 20006
(202) 249-6900
pphilbin@torridonlaw.com
jcoghlan@torridonlaw.com
charrington@torridonlaw.com

MARVIN W. JONES
Texas Bar No. 10929100
Sprouse Shrader Smith
701 S Taylor St., #500
Amarillo, TX 79101
(806) 468-3344
marty.jones@sprouselaw.com

**Admitted pro hac vice*
*Counsel for Plaintiffs*

# Index to Administrative Record Materials

| Public Comments Incorporated By Reference Into The Administrative Record |
| --- |
| Tennessee Walking Horse National Celebration Association (TWHNCA) Comment |
| TWHNCA Comment Exhibit 3 |
| TWHNCA Comment Exhibit 4 |
| TWHNCA Comment Exhibit 5 |
| TWHNCA Comment Exhibit 6 |
| TWHNCA Comment Exhibit 10 |
| TWHNCA Comment Exhibit 13 |
| TWHNCA Comment Exhibit 18 |
| TWHNCA Comment Exhibit 20 |
| TWHNCA Comment Exhibit 21 |
| TWHNCA Comment Exhibit 22 |
| TWHNCA Comment Exhibit 24 |
| TWHNCA Comment Exhibit 25 |
| TWHNCA Comment Exhibit 27 |
| TWHNCA Comment Exhibit 28 |
| TWHNCA Comment Exhibit 29 |
| TWHNCA Comment Exhibit 30 |
| TWHNCA Comment Exhibit 31 |
| TWHNCA Comment Exhibit 32 |
| TWHNCA Comment Exhibit 33 |
| TWHNCA Comment Exhibit 34 |
| TWHNCA Comment Exhibit 35 |
| TWHNCA Comment Exhibit 36 |
| TWHNCA Comment Exhibit 37 |
| TWHNCA Comment Exhibit 38 |
| TWHNCA Comment Exhibit 39 |
| TWHNCA Comment Exhibit 40 |
| TWHNCA Comment Exhibit 41 |
| TWHNCA Comment Exhibit 42 |
| TWHNCA Comment Exhibit 43 |
| TWHNCA Comment Exhibit 44 |
| TWHNCA Comment Exhibit 45 |
| TWHNCA Comment Exhibit 46 |
| TWHNCA Comment Exhibit 47 |
| TWHNCA Comment Exhibit 49 |
| American Veterinary Medical Association Comment |
| American Association of Equine Practitioners Comment |
| Humane Society of the United States Comment |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Link to Comments for Docket No. APHIS-2022-0004, Horse Protection Amendments | AR-00000098 | AR-00000098 |
| Horse Protection Proposed Rule (May 27, 2011) | AR-00000596 | AR-00000600 |
| Horse Protection Interim Rule (July 28, 1988) | AR-00000627 | AR-00000634 |
| Horse Protection Interim Rule (May 2, 1988) | AR-00000635 | AR-00000636 |
| Horse Protection Interim Rule (Apr. 26, 1988) | AR-00000637 | AR-00000641 |
| Horse Protection Final Rule (Feb. 1, 1972) | AR-00000687 | AR-00000690 |
| NASEM: A Review of Methods for Detecting Soreness in Horses | AR-00001092 | AR-00001222 |
| USDA-OIG: Administration of the Horse Protection Program and the Slaughter Horse Transport Program Audit Report (2010) | AR-00001223 | AR-00001274 |
| Link to Joint Statement of the Am. Med. Veterinary Assoc. and Am. Assoc. of Equine Practitioners | AR-00001314 | AR-00001314 |
| Thermography in Diagnosis of Inflammatory Processes in Horses in Response to Various Chemical and Physical Factors (1982) | AR-00001480 | AR-00001492 |
| AVMA & AAEP: Position on Use of Ads and Performance Packages for TWHs (2012) | AR-00001500 | AR-00001500 |
| AVMA Soring Factsheet | AR-00001501 | AR-00001502 |
| The Tennessean: Walking Horse Group Successful with Flat- Shod Rules (2015) | AR-00001503 | AR-00001509 |
| TWHBEA: Disciplines | AR-00001510 | AR-00001514 |
| TWHBEA: Gaits | AR-00001515 | AR-00001517 |
| Everett: Effects of Stacked Wedge Pads and Chains (2018) | AR-00001609 | AR-00001620 |
| Horse Protection Resource Manual - Overview of the HPA 1 | AR-00002540 | AR-00002629 |
| Horse Protection Resource Manual - Overview of the HPA 2 | AR-00002630 | AR-00002719 |
| FY17 USDA Training Presentation for HIOs | AR-00002720 | AR-00002781 |
| 2018 USDA Training Presentation for HIOs | AR-00002782[1] | AR-00002833 |
| 2019 USDA Training Presentation for HIOs | AR-00002834 | AR-00002882 |
| 2020 USDA Training Presentation for HIOs | AR-00002883 | AR-00002925 |
| 2021 USDA Training Presentation for HIOs | AR-00002926 | AR-00002955 |
| 2022 USDA Training Presentation for HIOs | AR-00002956 | AR-00003001 |
| 2020 USDA Public Open Session Presentation | AR-00003002 | AR-00003041 |
| 2021 USDA Letter to TWH Industry | AR-00003042 | AR-00003043 |
| 2022 USDA Letter to TWH Industry | AR-00003044 | AR-00003045 |
| 2023 USDA Letter to TWH Industry | AR-00003046 | AR-00003047 |
| Satisfactory DQP Memo - Archer 1 | AR-00003071 | AR-00003072 |

---

[1] Defendants' citation to AR-000027800 was an inadvertent error. *See* ECF No. 45 at 35. The correct citation is AR-00002786.

4

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Satisfactory DQP Memo - Archer 2 | AR-00003073 | AR-00003074 |
| Satisfactory DQP Memo - Bowles 1 | AR-00003075 | AR-00003075 |
| Satisfactory DQP Memo - Bowles 2 | AR-00003076 | AR-00003077 |
| Satisfactory DQP Memo - Boles 1 | AR-00003078 | AR-00003078 |
| Satisfactory DQP Memo - Boles 2 | AR-00003079 | AR-00003079 |
| Satisfactory DQP Memo - Boles 3 | AR-00003080 | AR-00003081 |
| Satisfactory DQP Memo - Boles 4 | AR-00003082 | AR-00003083 |
| Satisfactory DQP Memo - Boles 5 | AR-00003084 | AR-00003085 |
| Satisfactory DQP Memo - Boles 6 | AR-00003086 | AR-00003087 |
| Satisfactory DQP Memo - Bradley 1 | AR-00003088 | AR-00003089 |
| Satisfactory DQP Memo - Brewer 1 | AR-00003090 | AR-00003090 |
| Satisfactory DQP Memo - Brewer 2 | AR-00003091 | AR-00003091 |
| Satisfactory DQP Memo - Brewer 3 | AR-00003092 | AR-00003092 |
| Satisfactory DQP Memo - Brewer 4 | AR-00003093 | AR-00003093 |
| Satisfactory DQP Memo - Brewer 5 | AR-00003094 | AR-00003095 |
| Satisfactory DQP Memo - Brewer 6 | AR-00003096 | AR-00003097 |
| Satisfactory DQP Memo - Brewer 7 | AR-00003098 | AR-00003098 |
| Satisfactory DQP Memo - Brewer 8 | AR-00003099 | AR-00003100 |
| Satisfactory DQP Memo -Brewington 1 | AR-00003101 | AR-00003101 |
| Satisfactory DQP Memo -Brewington 2 | AR-00003102 | AR-00003102 |
| Satisfactory DQP Memo -Brewington 3 | AR-00003103 | AR-00003103 |
| Satisfactory DQP Memo -Brewington 4 | AR-00003104 | AR-00003105 |
| Satisfactory DQP Memo -Brewington 5 | AR-00003106 | AR-00003107 |
| Satisfactory DQP Memo -Brewington 6 | AR-00003108 | AR-00003109 |
| Satisfactory DQP Memo -Brewington 7 | AR-00003110 | AR-00003111 |
| Satisfactory DQP Memo -Brewington 8 | AR-00003112 | AR-00003113 |
| Satisfactory DQP Memo -Brewington 9 | AR-00003114 | AR-00003115 |
| Satisfactory DQP Memo - Bull 1 | AR-00003116 | AR-00003117 |
| Satisfactory DQP Memo - Bull 2 | AR-00003118 | AR-00003119 |
| Satisfactory DQP Memo - Carter, A 1 | AR-00003120 | AR-00003120 |
| Satisfactory DQP Memo - Carter, B 1 | AR-00003121 | AR-00003121 |
| Satisfactory DQP Memo - Carter, B 2 | AR-00003122 | AR-00003122 |
| Satisfactory DQP Memo - Carter, B 3 | AR-00003123 | AR-00003123 |
| Satisfactory DQP Memo - Carter, B 4 | AR-00003124 | AR-00003125 |
| Satisfactory DQP Memo - Carter, B 5 | AR-00003126 | AR-00003127 |
| Satisfactory DQP Memo - Carter, B 6 | AR-00003128 | AR-00003129 |
| Satisfactory DQP Memo - Carter, B 7 | AR-00003130 | AR-00003131 |
| Satisfactory DQP Memo - Carter, B 8 | AR-00003132 | AR-00003133 |
| Satisfactory DQP Memo - Carter, B 9 | AR-00003134 | AR-00003135 |
| Satisfactory DQP Memo - Carter, B 10 | AR-00003136 | AR-00003136 |
| Satisfactory DQP Memo - Chaffin 1 | AR-00003137 | AR-00003137 |
| Satisfactory DQP Memo - Chaffin 2 | AR-00003138 | AR-00003138 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Satisfactory DQP Memo - Cook 1 | AR-00003139 | AR-00003140 |
| Satisfactory DQP Memo - Compton 1 | AR-00003141 | AR-00003142 |
| Satisfactory DQP Memo - Callaway 1 | AR-00003143 | AR-00003144 |
| Satisfactory DQP Memo - Deweese 1 | AR-00003145 | AR-00003145 |
| Satisfactory DQP Memo - Deweese 2 | AR-00003146 | AR-00003147 |
| Satisfactory DQP Memo - Deweese 3 | AR-00003148 | AR-00003149 |
| Satisfactory DQP Memo - Drinkard 1 | AR-00003150 | AR-00003150 |
| Satisfactory DQP Memo - Drinkard 2 | AR-00003151 | AR-00003151 |
| Satisfactory DQP Memo - Drinkard 3 | AR-00003152 | AR-00003152 |
| Satisfactory DQP Memo - Drinkard 4 | AR-00003153 | AR-00003154 |
| Satisfactory DQP Memo - Drinkard 5 | AR-00003155 | AR-00003156 |
| Satisfactory DQP Memo - Drinkard 6 | AR-00003157 | AR-00003158 |
| Satisfactory DQP Memo - Drinkard 7 | AR-00003159 | AR-00003160 |
| Satisfactory DQP Memo - Drinkard 8 | AR-00003161 | AR-00003162 |
| Satisfactory DQP Memo - Drinkard 9 | AR-00003163 | AR-00003164 |
| Satisfactory DQP Memo - Drinkard 10 | AR-00003165 | AR-00003166 |
| Satisfactory DQP Memo - Drinkard 11 | AR-00003167 | AR-00003168 |
| Satisfactory DQP Memo - Drinkard 12 | AR-00003169 | AR-00003170 |
| Satisfactory DQP Memo - Drinkard 13 | AR-00003171 | AR-00003171 |
| Satisfactory DQP Memo - Drinkard 14 | AR-00003172 | AR-00003172 |
| Satisfactory DQP Memo - Drinkard 15 | AR-00003173 | AR-00003174 |
| Satisfactory DQP Memo - Drinkard 16 | AR-00003175 | AR-00003175 |
| Satisfactory DQP Memo - Drinkard 17 | AR-00003176 | AR-00003176 |
| Satisfactory DQP Memo - Drinkard 18 | AR-00003177 | AR-00003177 |
| Satisfactory DQP Memo - Drinkard 19 | AR-00003178 | AR-00003179 |
| Satisfactory DQP Memo - Drinkard 20 | AR-00003180 | AR-00003181 |
| Satisfactory DQP Memo - Drinkard 21 | AR-00003182 | AR-00003183 |
| Satisfactory DQP Memo - Edison 1 | AR-00003184 | AR-00003185 |
| Satisfactory DQP Memo - Edison 2 | AR-00003186 | AR-00003187 |
| Satisfactory DQP Memo - Gibbs 1 | AR-00003188 | AR-00003188 |
| Satisfactory DQP Memo - Gibbs 2 | AR-00003189 | AR-00003190 |
| Satisfactory DQP Memo - Gladney 1 | AR-00003191 | AR-00003192 |
| Satisfactory DQP Memo - Gladney 2 | AR-00003193 | AR-00003193 |
| Satisfactory DQP Memo - Gladney 3 | AR-00003194 | AR-00003195 |
| Satisfactory DQP Memo - Hatfield, L 1 | AR-00003196 | AR-00003197 |
| Satisfactory DQP Memo - Hatfield, L 2 | AR-00003198 | AR-00003198 |
| Satisfactory DQP Memo - Hatfield, L 3 | AR-00003199 | AR-00003199 |
| Satisfactory DQP Memo - Hatfield, L 4 | AR-00003200 | AR-00003201 |
| Satisfactory DQP Memo - Hatfield, L 5 | AR-00003202 | AR-00003203 |
| Satisfactory DQP Memo - Hatfield, L 6 | AR-00003204 | AR-00003204 |
| Satisfactory DQP Memo - Hatfield, L 7 | AR-00003205 | AR-00003206 |
| Satisfactory DQP Memo - Hatfield, L 8 | AR-00003207 | AR-00003207 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Satisfactory DQP Memo - Hatfield, L 9 | AR-00003208 | AR-00003208 |
| Satisfactory DQP Memo - Hatfield, L 10 | AR-00003209 | AR-00003210 |
| Satisfactory DQP Memo - Hatfield, L 11 | AR-00003211 | AR-00003212 |
| Satisfactory DQP Memo - Hatfield, L 12 | AR-00003213 | AR-00003213 |
| Satisfactory DQP Memo - Hatfield, L 13 | AR-00003214 | AR-00003214 |
| Satisfactory DQP Memo - Hatfield, L 14 | AR-00003215 | AR-00003215 |
| Satisfactory DQP Memo - Hatfield, L 15 | AR-00003216 | AR-00003217 |
| Satisfactory DQP Memo - Hatfield, L 16 | AR-00003218 | AR-00003219 |
| Satisfactory DQP Memo - Hatfield, L 17 | AR-00003220 | AR-00003221 |
| Satisfactory DQP Memo - Hatfield, T 1 | AR-00003222 | AR-00003223 |
| Satisfactory DQP Memo - Hatfield, T 2 | AR-00003224 | AR-00003224 |
| Satisfactory DQP Memo - Hatfield, T 3 | AR-00003225 | AR-00003225 |
| Satisfactory DQP Memo - Hatfield, T 4 | AR-00003226 | AR-00003227 |
| Satisfactory DQP Memo - Hatfield, T 5 | AR-00003228 | AR-00003229 |
| Satisfactory DQP Memo - Hatfield, T 6 | AR-00003230 | AR-00003231 |
| Satisfactory DQP Memo - Hatfield, T 7 | AR-00003232 | AR-00003233 |
| Satisfactory DQP Memo - Hatfield, T 8 | AR-00003234 | AR-00003234 |
| Satisfactory DQP Memo - Hatfield, T 9 | AR-00003235 | AR-00003235 |
| Satisfactory DQP Memo - Hatfield, T 10 | AR-00003236 | AR-00003237 |
| Satisfactory DQP Memo - Hatfield, T 11 | AR-00003238 | AR-00003239 |
| Satisfactory DQP Memo - Hatfield, T 12 | AR-00003240 | AR-00003240 |
| Satisfactory DQP Memo - Hatfield, T 13 | AR-00003241 | AR-00003241 |
| Satisfactory DQP Memo - Hatfield, T 14 | AR-00003242 | AR-00003243 |
| Satisfactory DQP Memo - Hatfield, T 15 | AR-00003244 | AR-00003245 |
| Satisfactory DQP Memo - Hatfield, T 16 | AR-00003246 | AR-00003247 |
| Satisfactory DQP Memo - Hatfield, T 17 | AR-00003248 | AR-00003249 |
| Satisfactory DQP Memo - Hatfield, T 18 | AR-00003250 | AR-00003251 |
| Satisfactory DQP Memo - Helton 1 | AR-00003252 | AR-00003252 |
| Satisfactory DQP Memo - Helton 2 | AR-00003253 | AR-00003254 |
| Satisfactory DQP Memo - Helton 3 | AR-00003255 | AR-00003256 |
| Satisfactory DQP Memo - Helton 4 | AR-00003257 | AR-00003258 |
| Satisfactory DQP Memo - Hopkins 1 | AR-00003259 | AR-00003259 |
| Satisfactory DQP Memo - Hurt 1 | AR-00003260 | AR-00003261 |
| Satisfactory DQP Memo - Hurt 2 | AR-00003262 | AR-00003263 |
| Satisfactory DQP Memo - Hurt 3 | AR-00003264 | AR-00003265 |
| Satisfactory DQP Memo - Hurt 4 | AR-00003266 | AR-00003267 |
| Satisfactory DQP Memo - Hurt 5 | AR-00003268 | AR-00003268 |
| Satisfactory DQP Memo - Johnson 1 | AR-00003269 | AR-00003270 |
| Satisfactory DQP Memo - Kerkendall 1 | AR-00003271 | AR-00003272 |
| Satisfactory DQP Memo - King 1 | AR-00003273 | AR-00003274 |
| Satisfactory DQP Memo - King 2 | AR-00003275 | AR-00003276 |
| Satisfactory DQP Memo - King 3 | AR-00003277 | AR-00003278 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Satisfactory DQP Memo - King 4 | AR-00003279 | AR-00003280 |
| Satisfactory DQP Memo - King 5 | AR-00003281 | AR-00003282 |
| Satisfactory DQP Memo - Livingston 1 | AR-00003283 | AR-00003284 |
| Satisfactory DQP Memo - Livingston 2 | AR-00003285 | AR-00003286 |
| Satisfactory DQP Memo - Livingston 3 | AR-00003287 | AR-00003288 |
| Satisfactory DQP Memo - Livingston 4 | AR-00003289 | AR-00003290 |
| Satisfactory DQP Memo - Livingston 5 | AR-00003291 | AR-00003291 |
| Satisfactory DQP Memo - Livingston 6 | AR-00003292 | AR-00003293 |
| Satisfactory DQP Memo - Livingston 7 | AR-00003294 | AR-00003295 |
| Satisfactory DQP Memo - Livingston 8 | AR-00003296 | AR-00003297 |
| Satisfactory DQP Memo - Livingston 9 | AR-00003298 | AR-00003298 |
| Satisfactory DQP Memo - Martin 1 | AR-00003299 | AR-00003300 |
| Satisfactory DQP Memo - Martin 2 | AR-00003301 | AR-00003302 |
| Satisfactory DQP Memo - Martin 3 | AR-00003303 | AR-00003304 |
| Satisfactory DQP Memo - Martin 4 | AR-00003305 | AR-00003306 |
| Satisfactory DQP Memo - Martin 5 | AR-00003307 | AR-00003307 |
| Satisfactory DQP Memo - Martin 6 | AR-00003308 | AR-00003309 |
| Satisfactory DQP Memo - Martin 7 | AR-00003310 | AR-00003311 |
| Satisfactory DQP Memo - Martin 8 | AR-00003312 | AR-00003312 |
| Satisfactory DQP Memo - McArthur 1 | AR-00003313 | AR-00003314 |
| Satisfactory DQP Memo - McArthur 2 | AR-00003315 | AR-00003315 |
| Satisfactory DQP Memo - McClurkan 1 | AR-00003316 | AR-00003316 |
| Satisfactory DQP Memo - McClurkan 2 | AR-00003317 | AR-00003318 |
| Satisfactory DQP Memo - McClurkan 3 | AR-00003319 | AR-00003319 |
| Satisfactory DQP Memo - McClurkan 4 | AR-00003320 | AR-00003321 |
| Satisfactory DQP Memo - McClurkan 5 | AR-00003322 | AR-00003323 |
| Satisfactory DQP Memo - McClurkan 6 | AR-00003324 | AR-00003324 |
| Satisfactory DQP Memo - McClurkan 7 | AR-00003325 | AR-00003325 |
| Satisfactory DQP Memo - McClurkan 8 | AR-00003326 | AR-00003327 |
| Satisfactory DQP Memo - McClurkan 9 | AR-00003328 | AR-00003329 |
| Satisfactory DQP Memo - Menzies 1 | AR-00003330 | AR-00003331 |
| Satisfactory DQP Memo - Messersmith 1 | AR-00003332 | AR-00003333 |
| Satisfactory DQP Memo - Mullins 1 | AR-00003334 | AR-00003334 |
| Satisfactory DQP Memo - Odell 1 | AR-00003335 | AR-00003336 |
| Satisfactory DQP Memo - Owens 1 | AR-00003337 | AR-00003338 |
| Satisfactory DQP Memo - Owens 2 | AR-00003339 | AR-00003340 |
| Satisfactory DQP Memo - Owens 3 | AR-00003341 | AR-00003341 |
| Satisfactory DQP Memo - Owens 4 | AR-00003342 | AR-00003343 |
| Satisfactory DQP Memo - Owens 5 | AR-00003344 | AR-00003344 |
| Satisfactory DQP Memo - Pittman 1 | AR-00003345 | AR-00003345 |
| Satisfactory DQP Memo - Pittman 2 | AR-00003346 | AR-00003346 |
| Satisfactory DQP Memo - Pittman 3 | AR-00003347 | AR-00003348 |
| Satisfactory DQP Memo - Pittman 4 | AR-00003349 | AR-00003350 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Satisfactory DQP Memo - Pittman 5 | AR-00003351 | AR-00003352 |
| Satisfactory DQP Memo - Pittman 6 | AR-00003353 | AR-00003354 |
| Satisfactory DQP Memo - Pittman 7 | AR-00003355 | AR-00003356 |
| Satisfactory DQP Memo - Pittman 8 | AR-00003357 | AR-00003358 |
| Satisfactory DQP Memo - Pittman 9 | AR-00003359 | AR-00003360 |
| Satisfactory DQP Memo - Pittman 10 | AR-00003361 | AR-00003362 |
| Satisfactory DQP Memo - Pittman 11 | AR-00003363 | AR-00003364 |
| Satisfactory DQP Memo - Pittman 12 | AR-00003365 | AR-00003365 |
| Satisfactory DQP Memo - Pittman 13 | AR-00003366 | AR-00003367 |
| Satisfactory DQP Memo - Pittman 14 | AR-00003368 | AR-00003369 |
| Satisfactory DQP Memo - Pittman 15 | AR-00003370 | AR-00003371 |
| Satisfactory DQP Memo - Rainey 1 | AR-00003372 | AR-00003372 |
| Satisfactory DQP Memo - Starnes 1 | AR-00003373 | AR-00003374 |
| Satisfactory DQP Memo - Starnes 2 | AR-00003375 | AR-00003377 |
| Satisfactory DQP Memo - Toler, K 1 | AR-00003378 | AR-00003379 |
| Satisfactory DQP Memo - Toler, T 1 | AR-00003380 | AR-00003381 |
| Satisfactory DQP Memo - Toler, T 2 | AR-00003382 | AR-00003382 |
| Satisfactory DQP Memo - Toler, T 3 | AR-00003383 | AR-00003384 |
| Satisfactory DQP Memo - Toler, T 4 | AR-00003385 | AR-00003386 |
| Satisfactory DQP Memo - Toler, T 5 | AR-00003387 | AR-00003387 |
| Satisfactory DQP Memo - Toler, T 6 | AR-00003388 | AR-00003389 |
| Satisfactory DQP Memo - Toler, T 7 | AR-00003390 | AR-00003390 |
| Satisfactory DQP Memo - Toler, T 8 | AR-00003391 | AR-00003392 |
| Satisfactory DQP Memo - Toler, T 9 | AR-00003393 | AR-00003394 |
| Satisfactory DQP Memo - Varney 1 | AR-00003395 | AR-00003396 |
| Satisfactory DQP Memo - Varney 2 | AR-00003397 | AR-00003398 |
| Satisfactory DQP Memo - Varney 3 | AR-00003399 | AR-00003400 |
| Satisfactory DQP Memo - Varney 4 | AR-00003401 | AR-00003401 |
| Satisfactory DQP Memo - Varney 5 | AR-00003402 | AR-00003402 |
| Satisfactory DQP Memo - Varney 6 | AR-00003403 | AR-00003404 |
| Satisfactory DQP Memo - Woody 1 | AR-00003405 | AR-00003406 |
| Satisfactory DQP Memo - Woody 2 | AR-00003407 | AR-00003408 |
| Satisfactory DQP Memo - Woody 3 | AR-00003409 | AR-00003410 |
| Satisfactory DQP Memo - Woody 4 | AR-00003411 | AR-00003412 |
| Satisfactory DQP Memo - Wray 1 | AR-00003413 | AR-00003414 |
| Satisfactory DQP Memo - Wray 2 | AR-00003415 | AR-00003416 |
| HIO Letter of Warning - Archer 1 | AR-00003417 | AR-00003417 |
| HIO Appeal Decision - Archer 1 | AR-00003418 | AR-00003419 |
| HIO Letter of Warning - Archer 2 | AR-00003420 | AR-00003420 |
| HIO Notification - Archer 2 | AR-00003421 | AR-00003422 |
| HIO Notification Signed - Archer 1 | AR-00003423 | AR-00003423 |
| HIO Notification - Archer 1 | AR-00003424 | AR-00003424 |
| Unsatisfactory DQP Memo - Artrip 1 | AR-00003425 | AR-00003426 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Unsatisfactory DQP Memo - Archer 1 | AR-00003427 | AR-00003428 |
| Unsatisfactory DQP Memo - Archer 2 | AR-00003429 | AR-00003430 |
| Unsatisfactory DQP Memo - Boyles, B 1 | AR-00003431 | AR-00003432 |
| HIO Letter of Warning - Boles, D 1 | AR-00003433 | AR-00003433 |
| Unsatisfactory DQP Memo - Boyles, D 1 | AR-00003434 | AR-00003434 |
| HIO Notification - Boles, D 1 | AR-00003435 | AR-00003436 |
| Unsatisfactory DQP Memo - Boyles, D 2 | AR-00003437 | AR-00003439 |
| HIO Notification Signed - Boles, D 1 | AR-00003440 | AR-00003441 |
| Unsatisfactory DQP Memo - Boyles, D 3 | AR-00003442 | AR-00003443 |
| Unsatisfactory DQP Memo - Bratton 1 | AR-00003444 | AR-00003445 |
| Unsatisfactory DQP Memo - Bratton 2 | AR-00003446 | AR-00003447 |
| HIO Appeal Decision - Brewer 1 | AR-00003448 | AR-00003451 |
| HIO Notification - Brewer 1 | AR-00003452 | AR-00003452 |
| HIO Letter of Warning - Brewer 1 | AR-00003453 | AR-00003454 |
| Unsatisfactory DQP Memo - Brewer 1 | AR-00003455 | AR-00003456 |
| HIO Notification - Brewer 2 | AR-00003457 | AR-00003457 |
| Unsatisfactory DQP Memo - Brewer 2 | AR-00003458 | AR-00003459 |
| Unsatisfactory DQP Memo - Brewer 3 | AR-00003460 | AR-00003461 |
| Unsatisfactory DQP Memo - Brewer 4 | AR-00003462 | AR-00003463 |
| Unsatisfactory DQP Memo - Brewer 5 | AR-00003464 | AR-00003465 |
| Unsatisfactory DQP Memo - Brewer 6 | AR-00003466 | AR-00003467 |
| HIO Letter of Warning - Brewington 1 | AR-00003468 | AR-00003468 |
| HIO Appeal Decision - Brewington 1 | AR-00003469 | AR-00003470 |
| Unsatisfactory DQP Memo - Brewington 1 | AR-00003471 | AR-00003472 |
| HIO Notification Signed - Brewington 1 | AR-00003473 | AR-00003474 |
| Unsatisfactory DQP Memo - Brewington 2 | AR-00003475 | AR-00003476 |
| Unsatisfactory DQP Memo - Brewington 3 | AR-00003477 | AR-00003478 |
| Unsatisfactory DQP Memo - Brewington 4 | AR-00003479 | AR-00003480 |
| HIO Notification - Brewington 1 | AR-00003481 | AR-00003482 |
| Unsatisfactory DQP Memo - Brewington 5 | AR-00003483 | AR-00003484 |
| Unsatisfactory DQP Memo - Brewington 6 | AR-00003485 | AR-00003486 |
| Unsatisfactory DQP Memo - Brewington 7 | AR-00003487 | AR-00003488 |
| Letter of Information - Carmichael 1 | AR-00003489 | AR-00003490 |
| Unsatisfactory DQP Memo - Carmichael 1 | AR-00003491 | AR-00003492 |
| APHIS 7060 - Carmichael 1 | AR-00003493 | AR-00003495 |
| Unsatisfactory DQP Memo - Carmichael 2 | AR-00003496 | AR-00003497 |
| HIO Notification of APHIS 7060 - Carmichael 1 | AR-00003498 | AR-00003498 |
| HIO Notification of Letter of Information - Carmichael 1 | AR-00003499 | AR-00003500 |
| Unsatisfactory DQP Memo - Carmichael 3 | AR-00003501 | AR-00003501 |
| Letter of Information - Carter 1 | AR-00003502 | AR-00003503 |
| HIO Notification of Letter of Information - Carter 1 | AR-00003504 | AR-00003504 |
| APHIS 7060 - Carter 1 | AR-00003505 | AR-00003507 |
| HIO Letter of Warning - Carter 1 | AR-00003508 | AR-00003508 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Unsatisfactory DQP Memo - Carter 1 | AR-00003509 | AR-00003510 |
| Unsatisfactory DQP Memo - Carter 2 | AR-00003511 | AR-00003512 |
| Unsatisfactory DQP Memo - Carter 3 | AR-00003513 | AR-00003514 |
| Unsatisfactory DQP Memo - Carter 4 | AR-00003515 | AR-00003516 |
| HIO Notification of APHIS 7060 - Carter 1 | AR-00003517 | AR-00003517 |
| Unsatisfactory DQP Memo - Chaffin 1 | AR-00003518 | AR-00003519 |
| Unsatisfactory DQP Memo - Chaffin 2 | AR-00003520 | AR-00003521 |
| Unsatisfactory DQP Memo - Chaffin 3 | AR-00003522 | AR-00003523 |
| Unsatisfactory DQP Memo - Chaffin 4 | AR-00003524 | AR-00003525 |
| Unsatisfactory DQP Memo - Chaffin 5 | AR-00003526 | AR-00003527 |
| Unsatisfactory DQP Memo - Chaffin 6 | AR-00003528 | AR-00003529 |
| Unsatisfactory DQP Memo - Coker 1 | AR-00003530 | AR-00003531 |
| Unsatisfactory DQP Memo - Coker 2 | AR-00003532 | AR-00003533 |
| HIO Notification of APHIS 7060 - Coker 1 | AR-00003534 | AR-00003534 |
| Letter of Information - Coker 1 | AR-00003535 | AR-00003536 |
| APHIS 7060 - Coker 1 | AR-00003537 | AR-00003539 |
| VMO Declaration - Coker 1 | AR-00003540 | AR-00003541 |
| HIO Notification of Letter of Information - Coker 1 | AR-00003542 | AR-00003542 |
| VMO Declaration - Coker 2 | AR-00003543 | AR-00003544 |
| Unsatisfactory DQP Memo - DeWeese 1 | AR-00003545 | AR-00003546 |
| HIO Notification - DeWeese 1 | AR-00003547 | AR-00003547 |
| Unsatisfactory DQP Memo - DeWeese 2 | AR-00003548 | AR-00003549 |
| Unsatisfactory DQP Memo - DeWeese 3 | AR-00003550 | AR-00003551 |
| Unsatisfactory DQP Memo - Gibbs 1 | AR-00003552 | AR-00003553 |
| Unsatisfactory DQP Memo - Gladney 1 | AR-00003554 | AR-00003555 |
| Unsatisfactory DQP Memo - Gladney 2 | AR-00003556 | AR-00003557 |
| HIO Notification - Gladney 1 | AR-00003558 | AR-00003558 |
| HIO Letter of Warning - Gladney 1 | AR-00003559 | AR-00003559 |
| Unsatisfactory DQP Memo - Gladney 3 | AR-00003560 | AR-00003561 |
| Unsatisfactory DQP Memo - Gladney 4 | AR-00003562 | AR-00003562 |
| HIO Letter of Information - Hardin 1 | AR-00003563 | AR-00003563 |
| HIO Notification - Hardin 1 | AR-00003564 | AR-00003565 |
| Unsatisfactory DQP Memo - Hardin 1 | AR-00003566 | AR-00003567 |
| Unsatisfactory DQP Memo - Hatfield, L 1 | AR-00003568 | AR-00003569 |
| Unsatisfactory DQP Memo - Hatfield, T 1 | AR-00003570 | AR-00003571 |
| Unsatisfactory DQP Memo - Hatfield, T 2 | AR-00003572 | AR-00003573 |
| Unsatisfactory DQP Memo - Hatfield, T 3 | AR-00003574 | AR-00003575 |
| Unsatisfactory DQP Memo - Hatfield, T 4 | AR-00003576 | AR-00003576 |
| Unsatisfactory DQP Memo - Helton 1 | AR-00003577 | AR-00003578 |
| Unsatisfactory DQP Memo - Helton 2 | AR-00003579 | AR-00003580 |
| Unsatisfactory DQP Memo - Helton 3 | AR-00003581 | AR-00003582 |
| Unsatisfactory DQP Memo - Helton 4 | AR-00003583 | AR-00003584 |
| Unsatisfactory DQP Memo - Hickman 1 | AR-00003585 | AR-00003585 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Unsatisfactory DQP Memo - Jenkins 1 | AR-00003586 | AR-00003586 |
| HIO Notification of APHIS 7060 - Jenkins 1 | AR-00003587 | AR-00003587 |
| APHIS 7060 - Jenkins 1 | AR-00003588 | AR-00003590 |
| Letter of Information - Jenkins 1 | AR-00003591 | AR-00003592 |
| HIO Notification of Letter of Information - Jenkins 1 | AR-00003593 | AR-00003594 |
| APHIS 7060 - Jordan 1 | AR-00003595 | AR-00003597 |
| HIO Notification of APHIS 7060 - Jordan 1 | AR-00003598 | AR-00003599 |
| Unsatisfactory DQP Memo - King 1 | AR-00003600 | AR-00003600 |
| HIO Letter of Warning - King 1 | AR-00003601 | AR-00003601 |
| Unsatisfactory DQP Memo - King 2 | AR-00003602 | AR-00003603 |
| HIO Notification - King 1 | AR-00003604 | AR-00003604 |
| Unsatisfactory DQP Memo - King 3 | AR-00003605 | AR-00003607 |
| Unsatisfactory DQP Memo - Livingston 1 | AR-00003608 | AR-00003609 |
| APHIS 7060 - Maack 1 | AR-00003610 | AR-00003612 |
| Letter of Information - Maack 1 | AR-00003613 | AR-00003614 |
| Unsatisfactory DQP Memo - Maack 1 | AR-00003615 | AR-00003616 |
| HIO Notification of Letter of Information - Maack 1 | AR-00003617 | AR-00003617 |
| HIO Notification of APHIS 7060 - Maack 1 | AR-00003618 | AR-00003618 |
| Unsatisfactory DQP Memo - McClurkan 1 | AR-00003619 | AR-00003619 |
| Unsatisfactory DQP Memo - McClurkan 2 | AR-00003620 | AR-00003621 |
| Unsatisfactory DQP Memo - McClurkan 3 | AR-00003622 | AR-00003623 |
| HIO Notification - McClurkan 1 | AR-00003624 | AR-00003625 |
| HIO Notification Signed - McClurkan 1 | AR-00003626 | AR-00003627 |
| HIO Letter of Warning - McClurkan 1 | AR-00003628 | AR-00003628 |
| HIO Appeal Decision - McClurkan 1 | AR-00003629 | AR-00003630 |
| Unsatisfactory DQP Memo - Menzies 1 | AR-00003631 | AR-00003631 |
| Unsatisfactory DQP Memo - Menzies 2 | AR-00003632 | AR-00003633 |
| Unsatisfactory DQP Memo - Menzies 3 | AR-00003634 | AR-00003635 |
| Unsatisfactory DQP Memo - Menzies 4 | AR-00003636 | AR-00003637 |
| HIO Notification - Menzies 1 | AR-00003638 | AR-00003639 |
| Unsatisfactory DQP Memo - Menzies 5 | AR-00003640 | AR-00003640 |
| HIO Response - Menzies 1 | AR-00003641 | AR-00003641 |
| HIO Notification - Menzies 2 | AR-00003642 | AR-00003643 |
| HIO Notification - Menzies 3 | AR-00003644 | AR-00003645 |
| HIO Notification of Letter of Information - Menzies 1 | AR-00003646 | AR-00003646 |
| Unsatisfactory DQP Memo - Menzies 6 | AR-00003647 | AR-00003648 |
| Letter of Information - Menzies 1 | AR-00003649 | AR-00003650 |
| Unsatisfactory DQP Memo - Menzies 7 | AR-00003651 | AR-00003652 |
| Unsatisfactory DQP Memo - Menzies 8 | AR-00003653 | AR-00003654 |
| Unsatisfactory DQP Memo - Mullins 1 | AR-00003655 | AR-00003656 |
| Unsatisfactory DQP Memo - Mullins 2 | AR-00003657 | AR-00003658 |
| Unsatisfactory DQP Memo - Mullins 3 | AR-00003659 | AR-00003660 |
| Letter of Information - Newsom 1 | AR-00003661 | AR-00003662 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Unsatisfactory DQP Memo - Newsom 1 | AR-00003663 | AR-00003664 |
| HIO Notification of Letter of Information - Newsom 1 | AR-00003665 | AR-00003665 |
| Unsatisfactory DQP Memo - Pittman 1 | AR-00003666 | AR-00003667 |
| Unsatisfactory DQP Memo - Pittman 2 | AR-00003668 | AR-00003669 |
| Unsatisfactory DQP Memo - Pittman 3 | AR-00003670 | AR-00003670 |
| Unsatisfactory DQP Memo - Rainey 1 | AR-00003671 | AR-00003671 |
| Unsatisfactory DQP Memo - Rainey 2 | AR-00003672 | AR-00003672 |
| Unsatisfactory DQP Memo - Riner 1 | AR-00003673 | AR-00003674 |
| APHIS 7060 - Skopec 1 | AR-00003675 | AR-00003676 |
| HIO Notification of APHIS 7060 - Skopec 1 | AR-00003677 | AR-00003677 |
| HIO Notification of Letter of Information - Skopec 1 | AR-00003678 | AR-00003678 |
| HIO Notification of APHIS 7060 - Skopec 2 | AR-00003679 | AR-00003679 |
| Unsatisfactory DQP Memo - Skopec 1 | AR-00003680 | AR-00003681 |
| APHIS 7060 - Skopec 2 | AR-00003682 | AR-00003683 |
| Letter of Information - Skopec 1 | AR-00003684 | AR-00003685 |
| Unsatisfactory DQP Memo - Sullivan 1 | AR-00003686 | AR-00003686 |
| Unsatisfactory DQP Memo - Toler 1 | AR-00003687 | AR-00003687 |
| Unsatisfactory DQP Memo - Toler 2 | AR-00003688 | AR-00003688 |
| APHIS 7060 - Varney 1 | AR-00003689 | AR-00003691 |
| HIO Notification of Letter of Information - Varney 1 | AR-00003692 | AR-00003692 |
| HIO Notification of APHIS 7060 - Varney 2 | AR-00003693 | AR-00003693 |
| Unsatisfactory DQP Memo - Varney 1 | AR-00003694 | AR-00003694 |
| Letter of Information - Varney 1 | AR-00003695 | AR-00003695 |
| Unsatisfactory DQP Memo - Varney 2 | AR-00003696 | AR-00003696 |
| Unsatisfactory DQP Memo - Varney 3 | AR-00003697 | AR-00003697 |
| Unsatisfactory DQP Memo - Varney 4 | AR-00003698 | AR-00003698 |
| Unsatisfactory DQP Memo - Varney 5 | AR-00003699 | AR-00003700 |
| Unsatisfactory DQP Memo - King 4 | AR-00003701 | AR-00003702 |
| Unsatisfactory DQP Memo - King 5 | AR-00003703 | AR-00003704 |
| HIO Email - Menzies 1 | AR-00003705 | AR-00003705 |
| HIO Appeal Decision - Archer and Brewington | AR-00003706 | AR-00003706 |
| HIO Email - Hardin 1 | AR-00003707 | AR-00003708 |
| HIO Email - KY-HIO DQPs 1 | AR-00003709 | AR-00003709 |
| Notice of Intent to Decertify HIO - KY-HIO | AR-00003710 | AR-00003780 |
| HIO Notification - KY-HIO DQPs Draft | AR-00003781 | AR-00003782 |
| HIO Notification - KY-HIO DQPs Final | AR-00003783 | AR-00003784 |
| Notice of Revoking Certification - KY-HIO | AR-00003785 | AR-00003787 |
| Progress Report - KY-HIO | AR-00003788 | AR-00003788 |
| HIO Response - KY-HIO Certification | AR-00003789 | AR-00003790 |
| HIO Email - Menzies 2 | AR-00003791 | AR-00003792 |
| HIO Email - Menzies 3 | AR-00003793 | AR-00003794 |
| HIO Letter of Warning - Brewer 2 | AR-00003795 | AR-00003801 |
| HIO Email - Menzies 4 | AR-00003802 | AR-00003803 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Final Rule Economic Analysis | AR-00003998 | AR-00004035 |
| FY17-FY22 HP Data for Rule Proposal 03.06.23 | AR-00004042 | AR-00004042 |
| FY17-FY22 HP Data for Rule Proposal 11.22.23 | AR-00004043 | AR-00004043 |
| Tables 1_3 Rule Proposal | AR-00004047 | AR-00004048 |
| Performance_Flat Charts for Rule Proposal | AR-00004049 | AR-00004049 |
| Rule Proposal Data_Entries with No Pads & AD | AR-00004050[2] | AR-00004050 |
| FY17-23 Events | AR-00004051 | AR-00004051 |
| FY17 HIO Data Chart | AR-00004052 | AR-00004052 |
| FY17 HIO Master Data | AR-00004053 | AR-00004053 |
| FY17 HIO Master Data_Number of HIO Affiliated | AR-00004054 | AR-00004054 |
| FY17 HIO Master Data_USDA Not Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004055 | AR-00004055 |
| FY17 HIO Master Data_USDA Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004056 | AR-00004056 |
| FY17 HIO Master Data_Events with Partial USDA Attendance_DQP Entries Inspected & Noncompliances | AR-00004057 | AR-00004057 |
| FY17 HIO Master Data_Breeds Other Than TWH & Racking* | AR-00004058 | AR-00004058 |
| FY17 HIO Master Data_Equipment Noncompliances* | AR-00004059 | AR-00004059 |
| FY17 HIO Master Data_Unilateral Sensitivity Noncompliances* | AR-00004060 | AR-00004060 |
| FY17 HIO Master Data_Scar Rule Noncompliances* | AR-00004061 | AR-00004061 |
| FY17 HIO Master Data_Sore Noncompliances* | AR-00004062 | AR-00004062 |
| FY17 HP Master Data | AR-00004063 | AR-00004063 |
| FY17 HP Master Data_USDA Events Attended with | AR-00004064 | AR-00004064 |
| FY17 HP Master Data_Events with Partial USDA | AR-00004065 | AR-00004065 |
| FY17 HP Master Data_Breeds Other Than TWH & | AR-00004066 | AR-00004066 |
| FY17 HP Master Data_Equipment Noncompliances* | AR-00004067 | AR-00004067 |
| FY17 HP Master Data_Unilateral Sensitivity Noncompliances* | AR-00004068 | AR-00004068 |
| FY17 HP Master Data_Scar Rule Noncompliances* | AR-00004069 | AR-00004069 |
| FY17 HP Master Data_Sore Noncompliances* | AR-00004070 | AR-00004070 |
| FY18 HIO Data Chart | AR-00004071 | AR-00004071 |
| FY18 HIO Master Data | AR-00004072 | AR-00004072 |
| FY18 HIO Master Data_Number of HIO Affiliated | AR-00004073 | AR-00004073 |

---

[2] Defendants' citation to AR-00005050 was an inadvertent error. *See* ECF No. 45 at 57. The correct citation is AR-00004050.

* Certain information that is part of the administrative record is stored in agency repositories that require manual entry of relevant criteria in order to pull the data. The asterisks in this index indicate where such data are exact replications of the relevant data pull using exactly the same criteria as performed during the decision-making process.

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| FY18 HIO Master Data_USDA Not Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004074 | AR-00004074 |
| FY18 HIO Master Data_USDA Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004075 | AR-00004075 |
| FY18 HIO Master Data_Breeds Other Than TWH & Racking* | AR-00004076 | AR-00004076 |
| FY18 HIO Master Data_Equipment Noncompliances* | AR-00004077 | AR-00004077 |
| FY18 HIO Master Data_Unilateral Sensitivity Noncompliances* | AR-00004078 | AR-00004078 |
| FY18 HIO Master Data_Scar Rule Noncompliances* | AR-00004079 | AR-00004079 |
| FY18 HIO Master Data_Sore Noncompliances* | AR-00004080 | AR-00004080 |
| FY18 HP Master Data | AR-00004081 | AR-00004081 |
| FY18 HP Master Data_USDA Events Attended with VMO Number of Entries Inspected & Compliance Data for DQPs & VMOs* | AR-00004082 | AR-00004082 |
| FY18 HP Master Data_Breeds Other Than TWH & | AR-00004083 | AR-00004083 |
| FY18 HP Master Data_Equipment Noncompliances* | AR-00004084 | AR-00004084 |
| FY18 HP Master Data_Unilateral Sensitivity Noncompliances* | AR-00004085 | AR-00004085 |
| FY18 HP Master Data_Scar Rule Noncompliances* | AR-00004086 | AR-00004086 |
| FY18 HP Master Data_Sore Noncompliances* | AR-00004087 | AR-00004087 |
| FY19 HIO Data Chart | AR-00004088 | AR-00004088 |
| FY19 HIO Master Data | AR-00004089 | AR-00004089 |
| FY19 HIO Master Data_Number of HIO Affiliated | AR-00004090 | AR-00004090 |
| FY19 HIO Master Data_USDA Not Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004091 | AR-00004091 |
| FY19 HIO Master Data_USDA Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004092 | AR-00004092 |
| FY19 HIO Master Data_Breeds Other Than TWH & Racking* | AR-00004093 | AR-00004093 |
| FY19 HIO Master Data_Equipment Noncompliances* | AR-00004094 | AR-00004094 |
| FY19 HIO Master Data_Unilateral Sensitivity Noncompliances* | AR-00004095 | AR-00004095 |
| FY19 HIO Master Data_Scar Rule Noncompliances* | AR-00004096 | AR-00004096 |
| FY19 HIO Master Data_Sore Noncompliances* | AR-00004097 | AR-00004097 |
| FY19 HP Master Data | AR-00004098 | AR-00004098 |
| FY19 HP Master Data_USDA Events Attended with VMO Number of Entries Inspected & Compliance Data for DQPs & VMOs* | AR-00004099 | AR-00004099 |
| FY19 HP Master Data_Breeds Other Than TWH & | AR-00004100 | AR-00004100 |
| FY19 HP Master Data_Equipment Noncompliances* | AR-00004101 | AR-00004101 |
| FY19 HP Master Data_Unilateral Sensitivity Noncompliances* | AR-00004102 | AR-00004102 |

15

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| FY19 HP Master Data_Scar Rule Noncompliances* | AR-00004103 | AR-00004103 |
| FY19 HP Master Data_Sore Noncompliances* | AR-00004104 | AR-00004104 |
| FY20 HIO Data Chart | AR-00004105 | AR-00004105 |
| FY20 HIO Master Data | AR-00004106 | AR-00004106 |
| FY20 HIO Master Data_Number of HIO Affiliated | AR-00004107 | AR-00004107 |
| FY20 HIO Master Data_USDA Not Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004108 | AR-00004108 |
| FY20 HIO Master Data_USDA Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004109 | AR-00004109 |
| FY20 HIO Master Data_Breeds Other Than TWH & Racking* | AR-00004110 | AR-00004110 |
| FY20 HIO Master Data_Equipment Noncompliances* | AR-00004111 | AR-00004111 |
| FY20 HIO Master Data_Unilateral Sensitivity Noncompliances* | AR-00004112 | AR-00004112 |
| FY20 HIO Master Data_Scar Rule Noncompliances* | AR-00004113 | AR-00004113 |
| FY20 HIO Master Data_Sore Noncompliances* | AR-00004114 | AR-00004114 |
| FY20 HP Master Data | AR-00004115 | AR-00004115 |
| FY20 HP Master Data_USDA Events Attended with VMO Number of Entries Inspected & Compliance Data for DQPs & VMOs* | AR-00004116 | AR-00004116 |
| FY20 HP Master Data_Breeds Other Than TWH & | AR-00004117 | AR-00004117 |
| FY20 HP Master Data_Equipment Noncompliances* | AR-00004118 | AR-00004118 |
| FY20 HP Master Data_Unilateral Sensitivity Noncompliances* | AR-00004119 | AR-00004119 |
| FY20 HP Master Data_Scar Rule Noncompliances* | AR-00004120 | AR-00004120 |
| FY20 HP Master Data_Sore Noncompliances* | AR-00004121 | AR-00004121 |
| FY21 HIO Master Data | AR-00004122 | AR-00004122 |
| FY21 HIO Master Data_Number of HIO Affiliated | AR-00004123 | AR-00004123 |
| FY21 HIO Master Data_USDA Not Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004124 | AR-00004124 |
| FY21 HIO Master Data_USDA Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004125 | AR-00004125 |
| FY21 HIO Master Data_Breeds Other Than TWH & Racking* | AR-00004126 | AR-00004126 |
| FY21 HIO Master Data_Equipment Noncompliances* | AR-00004127 | AR-00004127 |
| FY21 HIO Master Data_Unilateral Sensitivity Noncompliances* | AR-00004128 | AR-00004128 |
| FY21 HIO Master Data_Scar Rule Noncompliances* | AR-00004129 | AR-00004129 |
| FY21 HIO Master Data_Sore Noncompliances* | AR-00004130 | AR-00004130 |
| FY21 HP Master Data | AR-00004131 | AR-00004131 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| FY21 HP Master Data_USDA Events Attended with VMO Number of Entries Inspected & Compliance Data for DQPs & VMOs* | AR-00004132 | AR-00004132 |
| FY21 HP Master Data_Breeds Other Than TWH & | AR-00004133 | AR-00004133 |
| FY21 HP Master Data_Equipment Noncompliances* | AR-00004134 | AR-00004134 |
| FY21 HP Master Data_Unilateral Sensitivity Noncompliances* | AR-00004135 | AR-00004135 |
| FY21 HP Master Data_Scar Rule Noncompliances* | AR-00004136 | AR-00004136 |
| FY21 HP Master Data_Sore Noncompliances* | AR-00004137 | AR-00004137 |
| FY22 HIO Master Data | AR-00004138 | AR-00004138 |
| FY22 HIO Master Data_Number of HIO Affiliated | AR-00004139 | AR-00004139 |
| FY22 HIO Master Data_USDA Not Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004140 | AR-00004140 |
| FY22 HIO Master Data_USDA Present_DQP Entries Inspected & Noncompliances Detected* | AR-00004141 | AR-00004141 |
| FY22 HIO Master Data_Breeds Other Than TWH & Racking* | AR-00004142 | AR-00004142 |
| FY22 HIO Master Data_Equipment Noncompliances* | AR-00004143 | AR-00004143 |
| FY22 HIO Master Data_Unilateral Sensitivity Noncompliances* | AR-00004144 | AR-00004144 |
| FY22 HIO Master Data_Scar Rule Noncompliances* | AR-00004145 | AR-00004145 |
| FY22 HIO Master Data_Sore Noncompliances* | AR-00004146 | AR-00004146 |
| FY22 HP Master Data | AR-00004147[3] | AR-00004147 |
| FY22 HP Master Data_USDA Events Attended with | AR-00004148 | AR-00004148 |
| FY22 HP Master Data_Breeds Other Than TWH & | AR-00004149 | AR-00004149 |
| FY22 HP Master Data_Equipment Noncompliances* | AR-00004150 | AR-00004150 |
| FY22 HP Master Data_Unilateral Sensitivity | AR-00004151 | AR-00004151 |
| FY22 HP Master Data_Scar Rule Noncompliances* | AR-00004152 | AR-00004152 |
| FY22 HP Master Data_Sore Noncompliances* | AR-00004153 | AR-00004153 |
| FY22 Horse Protection Program Activity Report | AR-00004154 | AR-00004157 |
| FY23 HIO Master Data | AR-00004158 | AR-00004158 |
| FY23 HIO Master Data_USDA Not Present_DQP Entries Inspected* | AR-00004159 | AR-00004159 |
| FY23 HIO Master Data_USDA Present_DQP Entries Inspected* | AR-00004160 | AR-00004160 |
| FY23 HIO Master Data_Equipment Noncompliances* | AR-00004161 | AR-00004161 |
| FY23 HIO Master Data_Unilateral Sensitivity Noncompliances* | AR-00004162 | AR-00004162 |
| FY23 HIO Master Data_Scar Rule Noncompliances* | AR-00004163 | AR-00004163 |

---

[3] Defendants' citation to AR-0000414 was an inadvertent error. *See* ECF No. 45 at 20. The correct citation is AR-00004147.

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| FY23 HIO Master Data_Sore Noncompliances* | AR-00004164 | AR-00004164 |
| FY23 HP Master Data 10.01.22-03.04.23 | AR-00004165 | AR-00004165 |
| FY23 HP Master Data_Equipment Noncompliances_10.01.22- 03.04.23* | AR-00004166 | AR-00004166 |
| FY23 HP Master Data_Unilateral Sensitivity Noncompliances_10.01.22-03.04.23* | AR-00004167 | AR-00004167 |
| FY23 HP Master Data_Scar Rule Noncompliances_10.01.22- 03.04.23* | AR-00004168 | AR-00004168 |
| FY23 HP Master Data_Sore Noncompliances_10.01.22-03.04.23* | AR-00004169 | AR-00004169 |
| USDA Case Horses_Equipment Noncompliances_03.05.23- 12.31.23* | AR-00004170 | AR-00004170 |
| USDA Case Horses_Unilateral Noncompliances_03.05.23-12.31.23* | AR-00004171 | AR-00004171 |
| USDA Case Horses_Scar Rule Noncompliances_03.05.23-12.31.23* | AR-00004172 | AR-00004172 |
| USDA Case Horses_Sore Noncompliances_03.05.23-12.31.23* | AR-00004173 | AR-00004173 |
| FY23 Event Activity Report | AR-00004174 | AR-00004177 |
| FY17-prohibited-substance-report | AR-00004179 | AR-00004193 |
| FY18 Prohibited Substance Report | AR-00004194 | AR-00004194 |
| FY19 Prohibited Substance Report | AR-00004195 | AR-00004195 |
| FY20 Prohibited Substance Report | AR-00004196 | AR-00004196 |
| FY21 & C21 HP Prohibited Substance Report | AR-00004197 | AR-00004197 |
| FY22 & C22 HP Prohibited Substance Report | AR-00004198 | AR-00004198 |
| HIO Prohibited Substance Report | AR-00004199 | AR-00004199 |
| Final Rule Data Charts | AR-00004200 | AR-00004200 |
| FY17-22 PS Data | AR-00004201 | AR-00004201 |
| FY18-23 Sore_Other NCIs | AR-00004202 | AR-00004202 |
| FY18 Tab 2 Event Reports | AR-00004203 | AR-00004203 |
| FY18 Tab 2 Event Reports_Sore Noncompliances* | AR-00004204 | AR-00004204 |
| FY19 Tab 2 Event Reports | AR-00004205 | AR-00004205 |
| FY19 Tab 2 Event Reports_Sore Noncompliances* | AR-00004206 | AR-00004206 |
| FY20 Tab 2 Event Reports | AR-00004207 | AR-00004207 |
| FY20 Tab 2 Event Reports_Sore Noncompliances* | AR-00004208 | AR-00004208 |
| FY21 Tab 2 Event Reports | AR-00004209 | AR-00004209 |
| FY21 Tab 2 Event Reports_Sore Noncompliances* | AR-00004210 | AR-00004210 |
| FY22 Tab 2 Event Reports | AR-00004211 | AR-00004211 |
| FY22 Tab 2 Event Reports_Sore Noncompliances* | AR-00004212 | AR-00004212 |
| FY23 Tab 2 Event Reports | AR-00004213 | AR-00004213 |
| FY23 Tab 2 Event Reports_Sore Noncompliances* | AR-00004214 | AR-00004214 |
| USDA Case Horses Grouped by Breed | AR-00004215 | AR-00004215 |
| 2016 National Celebration Noncompliant Horses | AR-00004216 | AR-00004216 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Noncompliant Performance Package - Digital Radiography Image 1 | AR-00004232 | AR-00004232 |
| Noncompliant Performance Package - Digital Radiography Image 2 | AR-00004233 | AR-00004233 |
| Noncompliant Performance Package - Digital Radiography Image 3 | AR-00004234 | AR-00004234 |
| Noncompliant Performance Package - Digital Radiography Image 4 | AR-00004235 | AR-00004235 |
| Noncompliant Performance Package - Digital Radiography Image 5 | AR-00004236 | AR-00004236 |
| Noncompliant Performance Package - Digital Radiography Image 6 | AR-00004237 | AR-00004237 |
| Noncompliant Performance Package - Digital Radiography Image 7 | AR-00004238 | AR-00004238 |
| Noncompliant Performance Package - Digital Radiography Image 8 | AR-00004239 | AR-00004239 |
| Noncompliant Performance Package - Digital Radiography Image 9 | AR-00004240 | AR-00004240 |
| Noncompliant Performance Package - Digital Radiography Image 10 | AR-00004241 | AR-00004241 |
| Noncompliant Performance Package - Digital Radiography Image 11 | AR-00004242 | AR-00004242 |
| Noncompliant Performance Package - Digital Radiography Image 12 | AR-00004243 | AR-00004243 |
| Noncompliant Performance Package - Digital Radiography Image 13 | AR-00004244 | AR-00004244 |
| Noncompliant Performance Package - Digital Radiography Image 14 | AR-00004245 | AR-00004245 |
| Noncompliant Performance Package - Digital Radiography Image 15 | AR-00004246 | AR-00004246 |
| Noncompliant Performance Package - Digital Radiography Image 16 | AR-00004247 | AR-00004247 |
| Noncompliant Performance Package - Digital Radiography Image 17 | AR-00004248 | AR-00004248 |
| Noncompliant Performance Package - Digital Radiography Image 18 | AR-00004249 | AR-00004249 |
| Noncompliant Performance Package - Digital Radiography Image 19 | AR-00004250 | AR-00004250 |
| Noncompliant Performance Package - Digital Radiography Image 20 | AR-00004251 | AR-00004251 |
| Noncompliant Performance Package - Digital Radiography Image 21 | AR-00004252 | AR-00004252 |

| Administrative Record – Document Description | Bates Start | Bates End |
|---|---|---|
| Noncompliant Performance Package - Digital Radiography Image 22 | AR-00004253 | AR-00004253 |
| Noncompliant Performance Package - Digital Radiography Image 23 | AR-00004254 | AR-00004254 |
| Noncompliant Performance Package - Digital Radiography Image 24 | AR-00004255 | AR-00004255 |
| Noncompliant Performance Package - Digital Radiography Image 25 | AR-00004256 | AR-00004256 |
| Noncompliant Performance Package - Digital Radiography Image 26 | AR-00004257 | AR-00004257 |
| Noncompliant Performance Package - Digital Radiography Image 27 | AR-00004258 | AR-00004258 |
| Noncompliant Performance Package - Digital Radiography Image 28 | AR-00004259 | AR-00004259 |
| Noncompliant Performance Package - Digital Radiography Image 29 | AR-00004260 | AR-00004260 |
| Noncompliant Performance Package - Digital Radiography Image 30 | AR-00004261 | AR-00004261 |
| Noncompliant Performance Package - Digital Radiography Image 31 | AR-00004262 | AR-00004262 |
| Noncompliant Performance Package - Digital Radiography Image 32 | AR-00004263 | AR-00004263 |
| Noncompliant Performance Package - Digital Radiography Image 33 | AR-00004264 | AR-00004264 |
| Noncompliant Performance Package - Digital Radiography Image 34 | AR-00004265 | AR-00004265 |
| Noncompliant Performance Package - Digital Radiography Image 35 | AR-00004266 | AR-00004266 |
| Noncompliant Performance Package - Digital Radiography Image 36 | AR-00004267 | AR-00004267 |
| Noncompliant Performance Package - Digital Radiography Image 37 | AR-00004268 | AR-00004268 |
| Pressure Shoeing Noncompliance Photo- Sore Horse 2 | AR-00004270 | AR-00004270 |
| Pressure Shoeing Noncompliance Photo- Sore Horse 3 | AR-00004271 | AR-00004271 |
| Pressure Shoeing Noncompliance Photo- Sore Horse 4 | AR-00004272 | AR-00004272 |
| Pressure Shoeing Noncompliance Photo- Sore Horse 5 | AR-00004273 | AR-00004273 |
| Pressure Shoeing Noncompliance Photo- Sore Horse 7 | AR-00004275 | AR-00004275 |
| Noncompliant Items Found in Warm-Up Area - Photo 4 | AR-00004368 | AR-00004368 |